Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**GRACE A. KIM**, Attorney (CSBN #247456)
Office of the Solicitor (Sol # 1018805)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071
Telephone: (213) 894-3950
Facsimile:  (213) 894-2064
kim.grace@dol.gov

**MADE JS-6**

Attorneys for the Secretary

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **KANG HEE CHONG**, Individually and as Managing Agent of JY FASHIONS, INC., <br><br> Defendant. | Case No. CV: 10-3043 GW (SSx) <br><br> **CONSENT JUDGMENT** |

   A.   The Secretary has filed a Complaint alleging that defendant Kang Hee Chong ("Defendant"), individually and as managing agent of JY Fashions, Inc. ("Firm"), violated provisions of Sections 6, 7, 11, 15(a)(1), 15(a)(2), and 15(a)(5), 29 U.S.C. §§ 206, 207, 211, 215(a)(1), 215 (a)(2), and 215(a)(5), of the Fair Labor Standards Act of 1938, as amended ("FLSA").

   B.   Defendant has appeared and, after having been advised by the Secretary of the right to retain the assistance of counsel, acknowledges receipt of a copy of the Complaint.

   C.   Defendant waives issuance and service of process and waives answer and

any defenses to the Complaint.

D.     The Secretary and Defendant waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E.     Defendant admits that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the district court for the Central District of California.

F.     Defendant has remitted back wages, in the amount of $30,000.00, that were found due to the Firm's employees and assessed against Defendant for Defendant's violation of the minimum wage and overtime provisions of the FLSA.  Said back wages have been, or will be, distributed to said employees.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that defendant Kang Hee Chong, her officers, agents, servants, and employees, and those persons in active concert or participation with her who receive actual notice of this order, by personal service or otherwise, be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 6, 7, 11, 15(a)(1), 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 206, 207, 211, 215(a)(1), 215(a)(2),  and 215(a)(5), in any of the following manners:

1.     Defendant shall not, contrary to Section 6 of the FLSA, 29 U.S.C. § 206, employ any employee who in any workweek is engaged in commerce or the production of goods for commerce, within the meaning of the FLSA, at wage rates less than $7.25 an hour (or less than the applicable minimum rate as may hereafter be established by amendment to the FLSA).

2.     Defendant shall not, contrary to Section 7 of the FLSA, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or the production of goods for commerce, within the meaning of the FLSA, for a workweek longer than 40 hours unless the employee is paid at a rate of time and one-half the employee's regular

1 rate for all hours worked in excess of 40 hours in a workweek.

2     3. Defendant shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), respectively, and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

    4. Defendant shall not, contrary to Section 15(a)(1) of the FLSA, transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been employed in violation of Sections 6 and/or 7 of the FLSA, 29 U.S.C. §§ 206 and/or 207, respectively.

    5. Defendant shall not continue to withhold payment of $3,500.00 in unpaid civil money penalties assessed against Defendant and finally determined, pursuant to authority granted in Section 16(e)(2) of the FLSA, 29 U.S.C. § 216(e)(2), for violations of the minimum wage and overtime provisions of the FLSA during the period from November 3, 2007 through November 2, 2009.

    6. Defendant shall make the civil money penalty payments as set forth on the attached Exhibit 1. Each payment shall have the Firm name and "CMP" written on said payment, payable to the order of the "Wage and Hour Div., Labor." Each payment shall be delivered on or before the date(s) the civil money penalty payment is due as set forth in Exhibit 1, to the Secretary's authorized representatives at the following address:

    U.S. Department of Labor, Wage Hour Division
    918 Wilshire Boulevard, Suite 960
    Los Angeles, California  90017

In the event of any default in the timely making of any payment due hereunder, the full amount due under the provisions of this Judgment which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Secretary's sending, by ordinary mail, a written demand to the last business address of Defendant then known to the Secretary.

It is further ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorney's fees, which may be available under the Equal Access to Justice Act, as amended.

SO ORDERED.

Dated: May 11, 2010

_____
GEORGE H. WU, U.S. District Judge

For Defendant Kang Hee Chong

Defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

_____        _____
Kang Hee Chong                                                   Date


For the Secretary:

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

_____        _____
GRACE A. KIM, Attorney                                       Date
Attorneys for the Secretary
U.S. Department of Labor

**CONSENT JUDGMENT** (Sol # 1018805)                                         Page 5 of 6

Exhibit 1

Civil Money Penalty Payment Installment Schedule

| Payment No. | Date Due | Amount Due |
|---|---|---|
| 1 | **May 15, 2010** | $1,166.67 |
| 2 | **June 15, 2010** | $1,166.67 |
| 3 | **July 15, 2010** | $1,166.66 |
| **Total** | | $3,500.00 |